```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 28786
   IDA ALASHE
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY

        Debtor
   SSN XXX-XX-2334

------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 10/24/2008 and was not confirmed.

    The case was dismissed without confirmation 01/15/2009.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                         PAID         PAID
------------------------------------------------------------------------------
CAVALRY PORTFOLIO SERVIC  UNSECURED           525.00          .00           .00
ROUNDUP FUNDING LLC       UNSECURED          1035.00          .00           .00
ROUNDUP FUNDING LLC       UNSECURED          4243.88          .00           .00
FOURSCORE RESOURCE CAPIT  UNSECURED         17705.12          .00           .00
FOURSCORE RESOURCE CAPIT  UNSECURED          2377.17          .00           .00
WFFNB STAGE STORES        UNSECURED          1261.25          .00           .00
SCA EVANS HUDSON UNITED   UNSECURED          2090.42          .00           .00
CITIBANK                  UNSECURED          2376.95          .00           .00
AMERICAN GENERAL          UNSECURED          1500.61          .00           .00
PROVIDIAN FINANCIAL       UNSECURED          1104.52          .00           .00
WFNNB DRESS BARN          UNSECURED          2214.06          .00           .00
ZALES CITIBANK            UNSECURED          2077.83          .00           .00
PRO SE DEBTOR             DEBTOR ATTY           .00                         .00
TOM VAUGHN                TRUSTEE                                           .00
DEBTOR REFUND             REFUND                                            .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00
                       ---------------    ---------------
TOTALS                       .00                  .00
```

PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 28786 IDA ALASHE

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
    Dated: 03/05/09               _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE










                                    PAGE   2
           CASE NO. 08 B 28786 IDA ALASHE